IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04-CV-88-GCM**

| | | |
|---|---|---|
| LAKE NORMAN BREWING COMPANY, LLC, | ) ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM HULLEY, III | ) ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. The parties are directed to appear for a Status Conference to be held in Chambers on **Wednesday, December 17, 2008 at 10:00 a.m.**

IT IS SO ORDERED.

Signed: December 2, 2008

Graham C. Mullen
United States District Judge