IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04-CV-88-GCM**

| | | |
|---|---|---|
| LAKE NORMAN BREWING COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| WILLIAM HULLEY, III | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. The trial date in the above referenced matter is set for April 6, 2009. The deadline for any discovery is February 15, 2009. Further, the parties are permitted to petition the Court for reconsideration of the motions for summary judgment. The deadline for any briefs is March 1, 2009.

IT IS SO ORDERED.

Signed: December 19, 2008

Graham C. Mullen
United States District Judge